Asa L. Rogers, Appellant, v. John J. Hardy. Respondent.

*Rogers* v. *Hardy,* 14 Misc. Rep. 220, affirmed,
(Argued March 21, 1899; decided April 18, 1899.)

Appeal from a judgment and order of the General Term of the late City Court of Brooklyn, entered October 31, 1895, affirming a judgment in favor of defendant entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*John Larkin* for appellant.

*Edward M. Grout* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

Thomas Little, Respondent, v. The Kingston City Railroad Company, Appellant.

*Little* v. *Kingston City R. R. Co.,* 9 App. Div. 623, affirmed.
(Argued March 22, 1899; decided April 18, 1899.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 14, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Amos Van Etten* for appellant.

*Alvah S. Newcomb* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except O'Brien and Vann, JJ., dissenting, and Parker, Ch. J., not sitting.